| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321) <br> United States Attorney |
| 2 | |
| 3 | MARK L. KROTOSKI (CSBN 138549) <br> Chief, Criminal Division |
| 4 | THOMAS P. MAZZUCCO (CSBN 139758) <br> Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055 <br> San Francisco, California 94102-3495 <br> Telephone: (415) 436-7289 |
| 7 | Fax: (415) 436-7234 |
| 8 | Attorneys for the United States |

**FILED**

JUL 2 7 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA  06  70479

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| IN RE SEARCH WARRANT FOR: <br> 1220 Kenilworth Road, Hillsborough, CA; <br> 823 East 24th Street, Apt. 1, Oakland, CA; <br> 1927 Bridgepointe Circle, Apt. H344, San <br> Mateo, CA; 3018 Humboldt Avenue, <br> Oakland, CA; 166 Los Robles Drive, <br> Burlingame, CA; 335 Glasgow Circle, <br> Danville, CA, and <br> COMPLAINT AND ARREST <br> WARRANTS RE: <br> **JOHNSON MAI,** <br> a/k/a Zhi Xiong Mai, a/k/a Uncle Hong, <br> a/k/a Chi Hong Mak, a/k/a Hong Suk <br> 1220 Kenilworth Drive, Hillsborough, <br> California; <br> **LISA LEE,** <br> a/k/a Xiao Ling Li <br> 1220 Kenilworth Drive, Hillsborough, <br> California; <br> **KAI LUN ZHENG,** <br> a/k/a Wai Keung Cheung, a/k/a Su Ming, <br> a/k/a Alan Zheng; <br> **ZHI EN HUANG,** <br> a/k/a Gao Lo <br> 1927 Bridgepointe Circle, Apartment H344 <br> San Mateo, California; <br> **DAVID YUEN,** <br> a/k/a Lo Wu, a/k/a Wu So Gor <br> 3018 Humboldt Avenue <br> Oakland, California; and <br> **ERIC YU HENG CAI,** <br> 166 Los Robles Drive <br> Burlingame, California | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | No. 06 70479   **EMC** <br><br> SEALING ORDER <br><br> **(FILED UNDER SEAL)** |

SEALING ORDER

1   FOR GOOD CAUSE SHOWN, it is hereby ordered that the Application and Affidavit for
2   Search Warrant, Search Warrant, Complaint, Arrest Warrants and this Order shall be filed under
3   seal until further order of this Court. Endorsed filed copies shall be provided to the United States
4   Attorney's Office.

5   IT IS SO ORDERED.

7   Dated: 26 July 06

HONORABLE BERNARD ZIMMERMAN
United States Magistrate Judge

SEALING ORDER