
TONY TAMBURELLO, SBN: 46037
LAW OFFICE OF TONY TAMBURELLO
214 Duboce Avenue
San Francisco, California 94103
Telephone: (415) 431-4500
Facsimile: (415) 255-8631
E-mail: ttduboce@mindspring.com

Attorney for Defendant
LISA LEE

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. LISA LEE, et al., Defendant. | No. 3-06-70479 JL **ORDER** |

GOOD CAUSE HAVING BEEN SHOWN,

**IT IS HEREBY ORDERED** that the United States Marshal promptly make arrangements for a joint meeting between husband and wife defendant's in this case, Johnson Mai and Lisa Lee.

Johnson Mai is in custody and Lisa Lee is out of custody and the Marshal shall establish any security precautions it deems necessary for such a meeting to allow private discussions to take place between the two defendants and their counsel.

C:\Wp60\Wp60\FD\D&OVisit.LisaLee.wpd

**IT IS SO ORDERED.**

Dated: 9-06-06

HONORABLE MAGISTRATE JAMES LARSON
UNITED STATES DISTRICT COURT