1 | KEVIN V. RYAN (CASBN 118321)
United States Attorney

2

3 | MARK L. KROTOSKI (CASBN 301887)
Chief, Criminal Division

4 | THOMAS P. MAZZUCCO ((CSBN 139758)
Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone:  (415) 436-7289

7 | Fax:  (415) 436-7234

8 | Attorneys for Plaintiff

9 | UNITED STATES MAGISTRATE COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   3-06-70479 MAG |
| Plaintiff, | [PROPOSED] ORDER AND STIPULATION FOR CONTINUANCE FROM AUGUST 11, 2006 TO SEPTEMBER 6, 2006 AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) AND WAIVING TIME LIMITS UNDER RULE 5.1 |
| v. | |
| JOHNSON MAI, a/k/a Zhi Xiong Mai, a/k/a Uncle Hong, a/k/a Chi Hong Mak, a/k/a Hong Suk; LISA LEE, a/k/a Xiao Ling Li; KAI LUN ZHENG, a/k/a Wai Keung Cheung, a/k/a Su Ming, a/k/a Alan Zheng; ZHI EN HUANG, a/k/a Gao Lo; DAVID YUEN, a/k/a Lo Wu, a/k/a Wu So Gor; and ERIC YU HENG CAI; | |
| Defendants. | |

With the agreement of the parties, and with the consent of the defendants, the Court enters this order scheduling an arraignment or preliminary hearing on September 6, 2006 at

STIPULATION AND [PROPOSED] ORDER
[3-06-70479] [MAG]

1  9:30A.M. before the duty magistrate judge, and documenting the defendants' waiver of the
2  preliminary hearing date under Federal Rule of Criminal Procedure 5.1 and the exclusion of time
3  under the Speedy Trial Act, 18 U.S.C. § 3161(b), from August 11, 2006 to September 6, 2006.
4  The parties agree, and the Court finds and holds, as follows:
5      1.  The defendants agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §
6  3161(h)(8)(B)(iv) to provide continuity of counsel and reasonable time necessary for effective
7  preparation, taking into account the exercise of due diligence.
8      2.  The defendants waive the time limits of Federal Rule of Criminal Procedure 5.1 for
9  preliminary hearing.
10     3.  All counsel for the defendants believe that postponing the preliminary hearing is in the
11 clients' best interest, and that it is not in their clients' interest for the United States to indict the
12 case during the normal 10-day timeline established in Rule 5.1.  All counsel for the defendants
13 have specifically considered the need for additional time to continue consultations with Pretrial
14 Services on the question of their clients' eligibility for pretrial diversion.
15     4.  The Court finds that, taking into account the public interest in the prompt disposition
16 of criminal cases, these grounds are good cause for extending the time limits for a preliminary
17 hearing under Federal Rule of Criminal Procedure 5.1.  Given these circumstances, the Court
18 finds that the ends of justice served by excluding the period from August 11, 2006 to September
19 6, 2006  outweigh the best interest of the public and the defendants in a speedy trial.  §
20 3161(h)(8)(A).
21     5.  Accordingly, and with the consent of the defendant, the Court (1) alternatively sets a
22 preliminary hearing or arraignment before the duty magistrate judge on September 6, 2006 at
23 9:30A.M., and (2) orders that the period from August 11, 2006 to September 6, 2006 be excluded
24 from the time period for preliminary hearings under Federal Rule of Criminal Procedure 5.1 and
25 from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).
26 //
27 //
28 STIPULATION AND [PROPOSED] ORDER
   [3-06-70479] [MAG]                              2

1  IT IS SO STIPULATED:

2

3  DATED:  September 12, 2006                /S/ Robert Waggener
                                             ROBERT WAGGENER
4                                            Attorney for Defendant Johnson Mai

5
   DATED: September 12, 2006                 /S/ Tony Tamburello
6                                            TONY TAMBURELLO
                                             Attorney for Defendant Lisa Lee
7

8  DATED:  September 12, 2006                /S/ Brian Getz
                                             BRIAN GETZ
9                                            Attorney for Defendant Zhi En Huang

10 DATED:  September 12, 2006                /S/ Stuart Hanlon
                                             STUART HANLON
11                                           Attorney for Defendant David Yuen

12 DATED:  September 12, 2006                /S/ Randy Montesano
                                             RANDY MONTESANO
13                                           Attorney for Defendant Eric Yu Heng Cai

14

15 IT IS SO ORDERED.

16

17 DATED:  September 15, 2006                _____
                                             HONORABLE JOSEPH C. SPERO
18                                           United States Magistrate Judge

19

20

21

22

23

24

25

26

27

28
   STIPULATION AND [PROPOSED] ORDER
   [3-06-70479] [MAG]                        3