☐ DOCUMENTS UNDER SEAL

| MAGISTRATE JUDGE MINUTE ORDER | DEPUTY CLERK<br>Wings Hom | REPORTER/TAPE NO.<br>FTR 9:56-9:59 | |
|---|---|---|---|
| MAGISTRATE JUDGE<br>James Larson | DATE<br>September 27, 2006 | ☐ NEW CASE | CASE NUMBER<br>3-06-70479 JL |

### APPEARANCES

| DEFENDANT<br>Lisa Lee | AGE | CUST<br>N | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>R. Waggener for T. Tamburello | ☐ PD.<br>☐ APPT.<br>☐ RET. |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Elise Becker for T. Mazzucco | | INTERPRETER<br>Tom Lam - Cantonese | | | FIN. AFFIDAVIT SUBMITTED ☐<br>DEFENDANT ELIGIBLE FOR APPOINTED COUNSEL ☐<br>COUNSEL APPOINTED ☐<br>PARTIAL PAYMENT OF CJA FEES ORDERED ☐ |
| PROBATION OFFICER | | PRETRIAL SERVICES OFFICER<br>Jill Brenny | | | |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☐ INITIAL APPEARANCE | ☒ PRELIMINARY HEARING  Not Held | ☐ MOTION | ☐ JUDGMENT & SENTENCING | ☐ STATUS |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☒ OR ARRAIGNMENT | ☐ BOND POSTING/ SIGNING | ☐ IA ON PETITION TO REVOKE PROB. | ☐ TRIAL |
| ☐ DETENTION HEARING | ☐ REMOVAL HEARING | ☐ CHANGE OF PLEA | ☐ PROB. REVOC. OR SUPV. REL. HRG. | ☐ OTHER |

### INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ | TRUE NAME: |

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE STATED | ☐ WAIVER OF INDICTMENT FILED |

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | → | AMOUNT OF SECURITY | AMOUNT RECEIVED<br>$ | ☐ PASSPORT SURRENDERED DATE: |

PROPERTY POSTED/TO BE POSTED     REAL PROPERTY:
☐ CASH       ☐ CORPORATE SECURITY       ☐

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT ORDERED | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF       OTHER:

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | ☐ | GUILTY TO COUNTS: |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | ☐ | OTHER: |

### CONTINUANCE

| TO: 11-1-06 | ☐ I.D. COUNSEL | ☐ BOND POSTING/ SIGNING | ☐ STATUS RE: CONSENT | ☐ JURY TRIAL |
| AT: 9:30 a.m. | ☐ FINAN. AFFIDAVIT SUBMITTED | ☒ PRELIMINARY HEARING OR ARRAIGNMENT | ☐ PLEA | ☐ BOND HEARING |
| BEFORE HON.<br>EMC | ☐ DETENTION HEARING |  | ☐ TO HEAR MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☒ TIME WAIVED | Counsel to submit order | ☐ IDENTITY/REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROBATION REV. HEARING |
| ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | | ☐ TRIAL SETTING | ☐ COURT TRIAL | ☐ STATUS |

### ADDITIONAL PROCEEDINGS

COPIES SENT TO: Venice, Betty       DOCUMENT NUMBER: