1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
3  MARK L. KROTOSKI (CASBN 301887)
   Chief, Criminal Division
4  THOMAS P. MAZZUCCO ((CSBN 139758)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone:  (415) 436-7289
7      Fax:  (415) 436-7234

8  Attorneys for Plaintiff

9                   UNITED STATES MAGISTRATE COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 | UNITED STATES OF AMERICA,       )   No.   3-06-70479 MAG
                                     )
13 |     Plaintiff,                  )   [PROPOSED] ORDER AND
                                     )   STIPULATION FOR CONTINUANCE
14 | v.                              )   FROM SEPTEMBER 6, 2006 TO
                                     )   SEPTEMBER 27, 2006 AND
15 | JOHNSON MAI,                    )   EXCLUDING TIME FROM THE SPEEDY
         a/k/a Zhi Xiong Mai,        )   TRIAL ACT CALCULATION (18 U.S.C. §
16       a/k/a Uncle Hong,           )   3161(h)(8)(A)) AND WAIVING TIME
         a/k/a Chi Hong Mak,         )   LIMITS UNDER RULE 5.1
17       a/k/a Hong Suk;             )
   LISA LEE,                         )
18       a/k/a Xiao Ling Li;         )
   KAI LUN ZHENG,                    )
19       a/k/a Wai Keung Cheung,     )
         a/k/a Su Ming,              )
20       a/k/a Alan Zheng;           )
   ZHI EN HUANG,                     )
21       a/k/a Gao Lo;               )
   DAVID YUEN,                       )
22       a/k/a Lo Wu ,               )
         a/k/a Wu So Gor; and        )
23 | ERIC YU HENG CAI;               )
                                     )
24 |    Defendants.                  )
                                     )
25

26     With the agreement of the parties, and with the consent of the defendants, the Court

27  enters this order scheduling an arraignment or preliminary hearing on September 27, 2006 at

28 STIPULATION AND [PROPOSED] ORDER
   [3-06-70479] [MAG]

1   9:30A.M. before the duty magistrate judge, and documenting the defendants' waiver of the
2   preliminary hearing date under Federal Rule of Criminal Procedure 5.1 and the exclusion of time
3   under the Speedy Trial Act, 18 U.S.C. § 3161(b), from September 6, 2006 to September 27,
4   2006.  The parties agree, and the Court finds and holds, as follows:
5       1.  The defendants agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §
6   3161(h)(8)(B)(iv) to provide continuity of counsel and reasonable time necessary for effective
7   preparation, taking into account the exercise of due diligence.
8       2.  The defendants waive the time limits of Federal Rule of Criminal Procedure 5.1 for
9   preliminary hearing.
10      3.  All counsel for the defendants believe that postponing the preliminary hearing is in the
11  clients' best interest, and that it is not in their clients' interest for the United States to indict the
12  case during the normal 10-day timeline established in Rule 5.1.  All counsel for the defendants
13  have specifically considered the need for additional time to continue consultations with Pretrial
14  Services on the question of their clients' eligibility for pretrial diversion.
15      4.  The Court finds that, taking into account the public interest in the prompt disposition
16  of criminal cases, these grounds are good cause for extending the time limits for a preliminary
17  hearing under Federal Rule of Criminal Procedure 5.1.  Given these circumstances, the Court
18  finds that the ends of justice served by excluding the period from September 6, 2006 to
19  September 27, 2006  outweigh the best interest of the public and the defendants in a speedy trial.
20  § 3161(h)(8)(A).
21      5.  Accordingly, and with the consent of the defendant, the Court (1) alternatively sets a
22  preliminary hearing or arraignment before the duty magistrate judge on September 27, 2006 at
23  9:30A.M., and (2) orders that the period from September 6, 2006 to September 27, 2006 be
24  excluded from the time period for preliminary hearings under Federal Rule of Criminal
25  Procedure 5.1 and from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) &
26  (B)(iv).
27  //
28
STIPULATION AND [PROPOSED] ORDER
[3-06-70479] [MAG]                              2

1  IT IS SO STIPULATED:
2
3  DATED: 9/23/06                                /S/ Robert Waggener
                                                 ROBERT WAGGENER
4                                                Attorney for Defendant Johnson Mai
5
   DATED: 9/22/06                                /S/ Tony Tamburello
6                                                TONY TAMBURELLO
                                                 Attorney for Defendant Lisa Lee
7
8  DATED: 9/19/06                                /S/ Brian Getz
                                                 BRIAN GETZ
9                                                Attorney for Defendant Zhi En Huang
10 DATED: 9/28/06                                /S/ Stuart Hanlon
                                                 STUART HANLON
11                                               Attorney for Defendant David Yuen
12 DATED: 9/22/06                                /S/ Randy Montesano
                                                 RANDY MONTESANO
13                                               Attorney for Defendant Eric Yu Heng Cai
14
15 IT IS SO ORDERED.
16
17 DATED:_____
                                                 _____
18                                               HONORABLE ELIZABETH D. LAPORTE
                                                 United States Magistrate Judge
19
20
21
22
23
24
25
26
27
28
   STIPULATION AND [PROPOSED] ORDER
   [3-06-70479] [MAG]                    3