Law Offices of
JERRY CHONG (SBN 68757)
and ALICE WONG (SBN 160141)
501 S Street, Suite Two
Sacramento, CA 95814
Telephone: (916) 443-7398
Fax: (916) 443-8941

Attorneys for DEFENDANT

FILED

MAR X 6 2007

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL

UNITED STATES MAGISTRATE COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiffs, vs. LISA LEE, Defendant. | CR No. 03-06-70479 EMC  STIPULATION AND ORDER EXONERATING PROPERTY BOND ON DEPOSIT WITH THE COURT FOR PROPERTY  1104 East 20th Street, Oakland, CA 94606 |

Defendant LISA LEE requested and the Court granted a substitution of property bond in this matter. The parties hereby stipulate, through their respective counsel, that the personal surety bond, secured by property located at:

1104 East 20th Street, Oakland, CA 94606

may be exonerated at this time.

The parties request that the court approve the attached order requiring the Clerk of the court to execute the Reconveyance releasing the Short Form Deed of Trust and Assignment of Rents in favor of the Clerk of the United States District Court, Northern District, for the real property located at 1104 East 20th Street, Oakland, CA 94606, executed by Chiu Hung Tam and Lai

Kuen Wong Tam, trustors. The short form deed of trust and assignment of rents, attached as **Exhibit A**, was recorded in San Francisco County on August 23, 2006, instrument no. 2006-323121.

DATED: 2/5/07

Thomas P. Mazzucco
Assistant United States Attorney

DATED: 3/6/07

ALICE W. WONG
Attorney for Defendant Lisa Lee

ORDER

Based upon the above stipulation of the parties, good cause appearing,

**IT IS HEREBY ORDERED** that the above described property be exonerated as surety for bail in the instant action.

**IT IS FURTHER ORDERED** that defense counsel Alice W. Wong prepare a Reconveyance of the Deed of Trust form (**Exhibit B**) for the property to be exonerated. Upon receipt of the instant order and the Reconveyance of the Deed of Trust for the property, the Clerk of the United States District Court, as Trustee under the deed of trust shall reconvey the described property to Chiu Hung Tam and Lai Kuen Wong Tam who originally pledged said property as bail. The Clerk of the Court shall then send the Reconveyance of Deed of Trust with each Original Deed of Trust on the property;

1104 East 20th Street, Oakland, CA  94606

to Alice W. Wong Esq., 501 S Street, Suite Two, Sacramento, CA  95814, for recording of the Reconveyance in the appropriate county.

DATED: 3/6/07

The Hon. Joseph C. Spero

**EXHIBIT A**

```
TONY TAMBURELLO, SBN: 46037
214 DUBOCE AVENUE
SAN FRANCISCO, CA  94103
```

AND WHEN RECORDED MAIL TO

```
CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
```

IN RE: U.S. V. LISA LEE
CASE NO. CR 3-06-70479 EMC

**COPY** of Document Recorded
on 8-23-06
as No. 2006372312
Has not been compared with Original.
ALAMEDA COUNTY RECORDER

TD 881 IB USDC-USA

SPACE ABOVE THIS LINE FOR RECORDER'S USE

**SHORT FORM DEED OF TRUST AND ASSIGNMENT OF RENTS
SECURING A PERSONAL SURETY BOND TO THE UNITED STATES DISTRICT COURT
OR THE UNITED STATES OF AMERICA AS INDICATED BELOW**

161619

This Deed of Trust, made this  22nd  day of August, 2006, between

CHIU HUNG TAM AND LAI KUEN WONG TAM, HUSBAND AND WIFE

, herein called TRUSTOR,

whose address is  1104 EAST 20th STREET, OAKLAND, CA  94606

CLERK, UNITED STATES DISTRICT COURT, NORTHERN DISTRICT, STATE OF CALIFORNIA
herein called TRUSTEE, and

☒ CLERK, UNITED STATES DISTRICT COURT, NORTHERN DISTRICT, STATE OF CALIFORNIA
_____ OR
☐ UNITED STATES OF AMERICA, herein called Beneficiary

Please indicate desired beneficiary. Clerk, United States District Court OR United States of America, indicate one Beneficiary ONLY.

Witnesseth: That Trustor IRREVOCABLY GRANTS, TRANSFERS AND ASSIGNS to TRUSTEE IN TRUST, WITH POWER OF SALE, that property in  ALAMEDA  County, California, described as:

SEE EXHIBIT "A" ATTACHED HERETO

TOGETHER WITH the rents, issues and profits thereof, SUBJECT, HOWEVER, to the right, power and authority given to and conferred upon Beneficiary by paragraph (10) of the provisions incorporated herein by reference to collect and apply such rents, issues and profits.
For the Purpose of Securing: 1. Performance of each agreement of Trustor incorporated by reference, or contained herein under the bond(s) posted on behalf of defendant(s)  LISA LEE  in Case # 3-06-70479 EMC
which includes an obligation by said trustor(s) surety(ies) in the amount of $ 500,000.00
TO PROTECT THE SECURITY OF THIS DEED OF TRUST, TRUSTOR AGREES: By the execution and delivery of this Deed of Trust and the note or the Personal Surety Bond secured hereby, that provisions (1) to (14), inclusive, of the fictitious deed of trust recorded in Napa County, July 10, 1978, and in all other Counties, July 7, 1978, in the book and at the page of Official Records in the office of the County Recorder of the County where said property is located, noted below opposite the name of such County, viz:

| COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Alameda | RE 5477 | IM 146 | Kings | | 1122 | 516 | Placer | 1885 | 691 | Sierra | 78 | 662 |
| Alpine | 20 | 374-378 | Lake | 642 | 163 | Plumas | 291 | 113 | Siskiyou | 624 | 414 |
| Amador | 393 | 345 | Lassen | 234 | 465 | Riverside | 1978 | 149181 | Solano | 1976 | 57321 |
| Butte | 2301 | 404 | Los Angeles | 78-786563 | — | Sacramento | 78-07-07 | 1144 | Sonoma | 3421 | 802 |
| Calaveras | 475 | 344 | Madera | 1408 | 211 | San Benito | 432 | 18 | Stanislaus | 3074 | 385 |
| Colusa | 401 | 325 | Marin | 2406 | 76 | San Bernardino | 1458 | 1358 | Sutter | 525 | 678 |
| Contra Costa | 8814 | 325 | Mariposa | 105 | 364 | San Diego | 1978 78-285314 | | Tehama | 735 | 108 |
| Del Norte | 210 | 441 | Mendocino | 1157 | 522 | San Francisco | C601 | 709 | Trinity | 182 | 632 |
| El Dorado | 1849 | 62 | Merced | 2153 | 829 | San Joaquin | -4426 | 184 | Tulare | 3548 | 778 |
| Fresno | 7048 | 711 | Modoc | 255 | 390 | San Luis Obispo | 2094 | 250 | Tuolumne | 528 | 128 |
| Glenn | 831 | 343 | Mono | 246 | 373 | San Mateo | 7736 | 2337 | Ventura | 5186 | 215 |
| Humboldt | 1566 | 553 | Monterey | 1257 | 764 | Santa Barbara | 78-30610 | — | Yolo | 1216 | 148 |
| Imperial | 1419 | 1241 | Napa | 1054 | 366 | Santa Clara | D797 | 194 | Yuba | 671 | 293 |
| Inyo | 225 | 63 | Nevada | 963 | 257 | Santa Cruz | 2953 | 275 | | | |
| Kern | 5135 | 521 | Orange | 12749 | 728 | Shasta | 1538 | 240 | | | |

(which provisions, identical in all counties, are printed on the reverse hereof) hereby are adopted and incorporated herein and made a part hereof as fully as though set forth herein at length; that he will observe and perform said provisions; and that the references to property, obligations, and parties in said provisions shall be construed to refer to the property, obligations, and parties set forth in this Deed of Trust. The undersigned Trustor requests that a copy of any Notice of Default and of any Notice of Sale hereunder be mailed to him at his address hereinbefore set forth.

Dated August 22, 2006

Signature of Trustor

_[signatures]_

State of California
County of San Francisco
On 8/23/06
before me, Roseann Garza Notary Public
personally appeared Chiu Hung Tam + Lai Kuen Wong Tam
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature _[signature]_

(Seal)

ROSEANN GARZA
Commission # 1426508
Notary Public - California
San Francisco County
My Comm. Expires Jun 24, 2007

Title No. 05-1135468-A
Locate No. CAFNT0901-0943-0004-0001135468

## LEGAL DESCRIPTION

### EXHIBIT "A"

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF OAKLAND, COUNTY OF ALAMEDA, STATE OF CALIFORNIA AND IS DESCRIBED AS FOLLOWS:

A portion of Block 127, Map of Clinton, H.A. Higleys Survey, filed June 10, 1854, in Book "B" of Deeds, page 537, Alameda County Records, described as follows:

Beginning at the point of intersection of the northeastern line of East 20th Street, with the southeastern line of 11th Avenue, as shown on said map; thence along said line of 11th avenue, northeasterly 48.50 feet; thence at a right angle southeasterly 40 feet; thence at a right angle southwesterly 40 feet; thence at a right angle southwesterly 48.50 feet to said line of East 20th Street; thence northwesterly along the last named line 40 feet to the point of beginning.

APN: 021-0264-015

2

CLTA Preliminary Report Form (11/17/04)

**EXHIBIT B**

## RECONVEYANCE

RICHARD WIEKING, Clerk of the United States District Court for the Northern District of California, as Trustee, under the Deed of Trust executed by Chiu Hung Tam and Lai Kuen Wong Tam, as Trustors, recorded on August 23, 2006, in No. 2006-323121, Official Records, County of San Francisco, California, having been requested in writing by the holder of the obligation(s) secured by said Deed of Trust, to reconvey the estate granted to the Trustee under said Deed of Trust, **DOES HEREBY RECONVEY** to the person(s) legally entitled thereto, without warranty, all the estate, title, and interest acquired by the Trustee under said Deed of Trust.

Property commonly known as 1104 East 20th Street, Oakland, CA 94606.

DATED:_____

By: RICHARD WIEKING
Clerk of the U.S. District Court
Northern District of California

State of California    )
                       ) ss.
County of San Francisco )

On this \_\_\_\_ day of _____, in the year \_\_\_\_\_, before me, the undersigned, a Notary Public in and for said State, personally appeared **RICHARD WIEKING, Clerk of the United States District Court for the Northern District of California**, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument, and acknowledged to me that he executed it.

WITNESS my hand and official seal.

Notary Public in and for said State
My commission expires _____