# SUPPLEMENTAL BOND SIGNATURE FORM

**FILED**

CASE NUMBER: 3-06-70479 MAG

NAME OF DEFENDANT: USA v. Lisa Lee

MAR X 6 2007

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

x **WEI SHENG CHEN**
Print Name of Surety

x [signature]
Signature of Surety

SURETY'S ADDRESS:
x 92 Tucker Avenue
x SF CA 94134
Phone Number: 415-816-8662

x **TINA SHAO XIN ZHENG**
Print Name of Surety

x Tina Shao Xin Zheng
Signature of Surety

SURETY'S ADDRESS:
x 92 Tucker Avenue
x SF CA 94134
Phone Number: 415-816-8663

_____
Print Name of Surety

_____
Signature of Surety

SURETY'S ADDRESS:
_____
_____
Phone Number:_____