1  ALICE W. WONG (SBN 160141)
   Law Offices of Jerry L. Chong & Alice W. Wong
2  501 S Street, Suite Two
   Sacramento, CA 95814
3  Telephone: (916) 443-7398
   Fax: (916) 443-8941
4  awong@jcawlaw.com

5  Attorney for Defendant
   LISA LEE
6

7              UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,         )
                                     )   Case No.  CR-3-06-70479 EMC
11              Plaintiff,           )
                                     )
12     vs.                           )   STIPULATION AND [PROPOSED]
                                     )   ORDER TO CHANGE ORDER
13                                   )   SETTING CONDITIONS OF
   LISA LEE,                         )   RELEASE AND APPEARANCE
14                                   )
                                     )
15              Defendant.           )
                                     )
16

17

18     On August 17, 2006, this Court released defendant Lisa Lee from custody subject to conditions

19 of release and appearance bond. One of the conditions of the Court's order is that "[d]efendant shall be

20 subject to electronic or voice track monitoring." Since August 17, 2006, defendant Lisa Lee has

21 complied with all terms of the Court's Order setting conditions of release and appearance bond.

22
       On May 1, 2007, Pretrial Services Officer Rich Sarlatte recommended the release of defendant
23
   Lisa Lee from the condition of electronic monitoring.
24

25

26

27

28
                                                1

1  IT IS HEREBY STIPULATED by and between the United States of America and defendant Lisa Lee,

2  through undersigned counsel, that the condition defendant be subject to electronic or voice track

3  monitoring be removed from the Court's Order Setting Conditions of Release and Appearance Bond .

4

5  Dated: May 8, 2007                   /s/ Alice Wong
                                        _____
6                                       Alice Wong
                                        Attorney for Lisa Lee
7

8  Dated:  May 8, 2007                  /s/ Thomas Mazzucco
                                        _____
9  _____       Thomas Mazzucco
                                        Assistant United States Attorney
10

11        IT IS HEREBY ORDERED:

12 Upon the stipulation of counsel, recommendation of Pretrial Services Officer Rich Sarlatte, and good

13 cause appearing, the condition that defendant subject to electronic or voice track monitoring be removed

14 from this Court's Order Setting Conditions of Release and Appearance Bond.  All other terms and

15 conditions remain.

16

17

18 Dated:

19
                                        _____
20                                      JOSEPH C. SPERO
                                        United States Magistrate Judge
21

22

23

24

25

26

27

28

2