ALICE W. WONG (SBN 160141)
Law Offices of Jerry L. Chong & Alice W. Wong
501 S Street, Suite Two
Sacramento, CA 95814
Telephone: (916) 443-7398
Fax: (916) 443-8941
awong@jcawlaw.com

Attorney for Defendant
LISA LEE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LISA LEE,<br><br>　　　　Defendant. | Case No.  CR-3-06-70479 EMC<br><br>STIPULATION AND [PROPOSED] ORDER TO CHANGE ORDER SETTING CONDITIONS OF RELEASE AND APPEARANCE |

　　　　On August 17, 2006, this Court released defendant Lisa Lee from custody subject to conditions of release and appearance bond.  One of the conditions of the Court's order is that "[d]efendant shall maintain current employment, or if unemployed shall seek and maintain verifiable employment."  Since August 17, 2006, defendant Lisa Lee has complied with all terms of the Court's Order setting conditions of release and appearance bond.

　　　　Lisa Lee is a full-time mom and the sole caretaker of her two young children.  As such, she is unable to comply with this employment condition.

1

1  IT IS HEREBY STIPULATED by and between the United States of America and defendant Lisa Lee,
2  through undersigned counsel, that the condition that "defendant maintain current employment, or if
3  unemployed shall seek and maintain verifiable employment," be removed from the Court's Order
4  Setting Conditions of Release and Appearance Bond.

6  Dated: July 9, 2007            /s/ Alice Wong

7                                 Alice Wong
                                   Attorney for Lisa Lee

9  Dated: July 9, 2007            /s/ Thomas Mazzucco

10 _____         Thomas Mazzucco
                                   Assistant United States Attorney

12       IT IS HEREBY ORDERED:

13 Upon the stipulation of counsel, and good cause appearing, the condition that defendant maintain
14 employment be removed from this Court's Order Setting Conditions of Release and Appearance Bond.
15 All other terms and conditions remain.

18 Dated:

                                   _____
20                                 JOSEPH C. SPERO
                                   United States Magistrate Judge

28
                                        2