```
LAW OFFICES OF JERRY L. CHONG & ALICE W. WONG
JERRY L. CHONG (SBN 68757)
ALICE W. WONG (SBN 160141)
501 S STREET, SUITE TWO
SACRAMENTO, CA 95811
TELEPHONE: (916) 443-7398
FACSIMILE: (916) 443-8941

ATTORNEYS FOR DEFENDANT
Lisa Lee
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, <br><br> Plaintiff <br><br> v. <br><br> JOHNSON MAI, <br>    a/k/a Zhi Xiong Mai <br>    a/k/a Uncle Hong, <br>    a/k/a Chi Hong Mak, <br>    a/k/a Hong Suk; <br> LISA LEE, <br>    a/k/a Xiao Ling Li; <br> KAI LUN ZHENG, <br>    a/k/a Wai Keung Cheung, <br>    a/k/a Su Ming, <br>    a/k/a Alan Zheng; <br> ZHI EN HUANG, <br>    a/k/a Gao Lo; <br> DAVID YUEN, <br>    a/k/a Lo Wu, <br>    a/k/a Wu So Gor; and <br> ERIC YU HENG CAI <br><br> Defendants. | No: 3-06-70479 MAG <br><br> [~~PROPOSED~~] ORDER AND STIPULATION FOR CONTINUANCE FROM JULY 11, 2007 TO JULY 25, 2007 AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A) AND WAIVING TIME LIMITS UNDER RULE 5.1 |

With the agreement of the parties, and with the consent of the defendants, the Court enters this order scheduling an arraignment or preliminary hearing on July 11, 2007 at 9:30 a.m. before the duty magistrate judge James Larson, and documenting the defendants' waiver of the preliminary hearing date under Federal Rule of Criminal Procedure 5.1 and the exclusion

of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from July 11, 2007 to July 25, 2007. The parties agree, and the Court finds and holds, as follows:

1. Alice Wong, attorney for Lisa Lee is in trial in Sacramento County Superior Court. The trial is expected to last until July 23, 2007.

2. All defendants agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b).

3. The defendants waive the time limits of Federal Rule of Criminal Procedure 5.1 for preliminary hearing.

4. Accordingly, and with the consent of the defendant, the Court (1) alternatively sets a preliminary hearing or arraignment before the duty magistrate judge on July 25, 2007 at 9:30 a.m. and (2) orders that the period from July 11, 2007 to July 25, 2007 be excluded from the time period for preliminary hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial Act calculations under 18 U.S.C. § 3161(b).

IT IS SO STIPULATED:

DATED:      July 9, 2007           /s/    Garrick Lew_____
                                   GARRICK LEW
                                   Attorney for Defendant Johnson Mai

DATED:      July 9, 2007           /s/    Alice Wong_____
                                   ALICE WONG
                                   Attorney for Defendant Lisa Lee

DATED:      July 9, 2007           /s/    Gil Eisenberg_____
                                   GIL EISENBERG
                                   Attorney for Defendant Kai Lun Zheng

DATED:      July 9, 2007           /s/    Brian Getz_____
                                   BRIAN GETZ
                                   Attorney for Zhi En Huang

DATED:   July 9, 2007        /s/     Stuart Hanlon_____
                             STUART HANLON
                             Attorney for David Yuen

DATED:   July 9, 2007        /s/      Randy Montesano_____
                             RANDY MONTESANO
                             Attorney for Eric Cai

DATED:   July 9, 2007        /s/      Thomas Mazzucco_____
                             THOMAS MAZZUCCO
                             Assistant United States Attorney

IT IS SO ORDERED.

DATED:   7-9-07              _____
                             HONORABLE
                             United States

*IT IS SO ORDERED — Judge James Larson* (seal of United States District Court, Northern District of California)

- 3 -