1  Garrick S. Lew SBN 61889
   Law Offices of Garrick S. Lew & Associates
2  600 Townsend Street, Suite 329E
   San Francisco, CA 94103-4957
3  Telephone:    (415) 575-3588
   Facsimile:    (415) 522-1506
4  email:        gsl@defendergroup.com

5  Attorneys for Defendant Johnson Mai

6

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES,                          ) No: 3-06-70479 MAG
            Plaintiff                        )
12 | v.                                      )
                                             )
13 | JOHNSON MAI,                            ) [PROPOSED] ORDER AND STIPULATION
         a/k/a Zhi Xiong Mai                 ) FOR CONTINUANCE FROM SEPTEMBER
14       a/k/a Uncle Hong,                   ) 14, 2007 TO NOVEMBER 2, 2007 AND
         a/k/a Chi Hong Mak,                 ) EXCLUDING TIME FROM THE SPEEDY
15       a/k/a Hong Suk;                     ) TRIAL ACT CALCULATION (18 U.S.C. §
                                             ) 3161(h)(8)(A) AND WAIVING TIME
16 | LISA LEE,                               ) LIMITS UNDER RULE 5.1
         a/k/a Xiao Ling Li;                 )
17 | KAI LUN ZHENG,                          )
         a/k/a Wai Keung Cheung,             )
18       a/k/a Su Ming,                      )
         a/k/a Alan Zheng;                   )
19 | ZHI EN HUANG,                           )
         a/k/a Gao Lo;                       )
20 | DAVID YUEN,                             )
         a/k/a Lo Wu,                        )
21       a/k/a Wu So Gor; and                )
   | ERIC YU HENG CAI                        )
22                                           )
   |     Defendants.                         )
23                                           )
                                             )
24 _____ )

25

26

27     With the agreement of the parties, and with the consent of the defendants, the Court enters this

28 order scheduling a status conference on November 2, 2007 at 9:30 a.m. before duty magistrate judge

1  James Larson, and documenting the defendants' waiver of the preliminary hearing date under Federal
2  Rule of Criminal Procedure 5.1 and the exclusion of time under the Speedy Trial Act, 18 U.S.C. §
3  3161(b), from September 14, 2007 2007 to and through November 2, 2007.  The parties agree, and the
4  Court finds and holds, as follows:

5      1.    The government and defense counsel are actively involved in the process of global
6            settlement discussions to resolve all pending charges involving all defendants before the
7            court and additional time is necessary to seek approval of proposed plea agreements with
8            the government.

9      2.    All defendants agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §
10           3161(b).

11     3.    The defendants waive the time limits of Federal Rule of Criminal Procedure 5.1 for
12           preliminary hearing.

13     4.    Accordingly, and with the consent of all parties, the Court (1) alternatively sets a
14           preliminary hearing before the duty magistrate judge on November 2, 2007 at 9:30 a.m.
15           and (2) orders that the period from September 14, 2007 to November 2, 2007 be
16           excluded from the time period for preliminary hearings under Federal Rule of Criminal
17           Procedure 5.1 and from Speedy Trial Act calculations under 18 U.S.C. § 3161(b).

18 IT IS SO STIPULATED:

19

20 DATED:  September 13, 2007      /s/    Garrick Lew
                                          GARRICK LEW
21                                        Attorney for Defendant Johnson Mai

22 DATED:  September 13, 2007      /s/    Alice Wong
                                            ALICE WONG
23                                        Attorney for Defendant Lisa Lee

24 DATED:  September 13, 2007      /s/    Gil Eisenberg
                                            GIL EISENBERG
25                                        Attorney for Defendant Kai Lun Zheng

26 DATED:  September 13, 2007      /s/    Brian Getz
                                            BRIAN GETZ
27                                        Attorney for Zhi En Huang

28

1  DATED: September 13, 2007        /s/      Stuart Hanlon
                                    STUART HANLON
2                                   Attorney for David Yuen

3  DATED: September 13, 2007        /s/      Randy Montesano
                                    RANDY MONTESANO
4                                   Attorney for Eric Cai

5  DATED: September 13, 2007        /s/      Thomas Mazzucco
                                    THOMAS MAZZUCCO
6                                   Assistant United States Attorney

7

8  IT IS SO ORDERED.

9  DATED:                           _____
10                                  HONORABLE ELIZABETH D. LAPORT
                                    United States Magistrate Judge

11

28 Stipulation and Proposed Order for Continuance
   [3-06-70479] [MAG]