1  Garrick S. Lew SBN 61889
   Law Offices of Garrick S. Lew & Associates
2  600 Townsend Street, Suite 329E
   San Francisco, CA 94103-4957
3  Telephone:    (415) 575-3588
   Facsimile:    (415) 522-1506
4  email:        gsl@defendergroup.com

5  Attorneys for Defendant Johnson Mai

6

7

8              UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES,                    ) No: 3-06-70479 MAG
        Plaintiff                     )
12                                    )
   v.                                 )
13 JOHNSON MAI,                       ) [~~PROPOSED~~] ORDER AND STIPULATION
        a/k/a Zhi Xiong Mai           ) FOR CONTINUANCE FROM NOVEMBER
14      a/k/a Uncle Hong,             ) 2, 2007 TO DECEMBER 11, 2007 AND
        a/k/a Chi Hong Mak,           ) EXCLUDING TIME FROM THE SPEEDY
15      a/k/a Hong Suk;               ) TRIAL ACT CALCULATION (18 U.S.C. §
                                      ) 3161(h)(8)(A) AND WAIVING TIME
16 LISA LEE,                          ) LIMITS UNDER RULE 5.1
        a/k/a Xiao Ling Li;           )
17 KAI LUN ZHENG,                     )
        a/k/a Wai Keung Cheung,       )
18      a/k/a Su Ming,                )
        a/k/a Alan Zheng;             )
19                                    )
   ZHI EN HUANG,                      )
20      a/k/a Gao Lo;                 )
   DAVID YUEN,                        )
21      a/k/a Lo Wu,                  )
        a/k/a Wu So Gor; and          )
22 ERIC YU HENG CAI                   )
                                      )
23                                    )
        Defendants.                   )
24                                    )
                                      )
25

26

27         With the agreement of the parties, and with the consent of the defendants, the Court enters this

28 order scheduling a status conference on December 11, 2007 at 9:30 a.m. before the duty magistrate

1  judge and documenting the defendants' waiver of the preliminary hearing date under Federal Rule of
2  Criminal Procedure 5.1 and the exclusion of time under the Speedy Trial Act, 18 U.S.C. §
3  3161(h)(8)(B)(ii) and (iv), from November 2, 2007 to and through December 11, 2007. The parties
4  agree, and the Court finds and holds, as follows:

5   1.  The case is very complex and involves international transactions and shipments, foreign
6       banks and complex monetary transactions, extensive wiretap evidence and conversations
7       in different chinese language dialects. There are multiple defendants and discovery is
8       voluminous. All defense counsel involved are in need of additional time to prepare the
9       case. Furthermore, the government and defense counsel are actively involved in the
10      process of global settlement discussions to resolve all pending charges and forfeiture
11      claims involving some\all defendants before the court and additional time is necessary
12      to seek approval of proposed plea and forfeiture agreements with the government.

13  2.  All defendants agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §
14      3161(h)(8)(B)(ii) on the basis of complexity and (iv) continuity of counsel for effective
15      preparation taking into account the exercise of due diligence.

16  3.  The defendants waive the time limits of Federal Rule of Criminal Procedure 5.1 for
17      preliminary hearing.

18  4.  Accordingly, and with the consent of all parties, the Court (1) alternatively sets a
19      preliminary hearing before the duty magistrate judge on December 11, 2007 at 9:30 a.m.
20      and (2) orders that the period from November 2, 2007 to December 11, 2007 be
21      excluded from the time period for preliminary hearings under Federal Rule of Criminal
22      Procedure 5.1 and from Speedy Trial Act calculations under 18 U.S.C. § 3161(b).

23  IT IS SO STIPULATED:

24  DATED: October 30, 2007          /s/    Garrick Lew
                                     GARRICK LEW
25                                   Attorney for Defendant Johnson Mai

26
    DATED: October 30, 2007          /s/    Gil Eisenberg
27                                   GIL EISENBERG
                                     Attorney for Defendant Kai Lun Zheng
28

1  DATED: October 30, 2007          /s/   Brian Getz
                                    BRIAN GETZ
2                                   Attorney for Zhi En Huang

3
   DATED: October 30, 2007          /s/   Stuart Hanlon
4                                   STUART HANLON
                                    Attorney for David Yuen
5
   DATED: October 30, 2007          /s/   Randy Montesano
6                                   RANDY MONTESANO
                                    Attorney for Eric Cai
7
   DATED: October 30, 2007          /s/   Thomas Mazzucco
8                                   THOMAS MAZZUCCO
                                    Assistant United States Attorney
9

10

11 IT IS SO ORDERED.

12 DATED: 11/1/07

                                    _____
13                                  HONORABLE EDWARD CHEN
                                    United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27
   Stipulation and Proposed Order for Continuance
28 [3-06-70479] [MAG]