1  Garrick S. Lew SBN 61889
   Law Offices of Garrick S. Lew & Associates
2  600 Townsend Street, Suite 329E
   San Francisco, CA 94103-4957
3  Telephone:    (415) 575-3588
   Facsimile:    (415) 522-1506
4  email:        gsl@defendergroup.com

5  Attorneys for Defendant Johnson Mai

FILED
JAN 18 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br>　　　Plaintiff<br>v.<br>JOHNSON MAI,<br>　　　a/k/a Zhi Xiong Mai<br>　　　a/k/a Uncle Hong,<br>　　　a/k/a Chi Hong Mak,<br>　　　a/k/a Hong Suk;<br>LISA LEE,<br>　　　a/k/a Xiao Ling Li;<br>KAI LUN ZHENG,<br>　　　a/k/a Wai Keung Cheung,<br>　　　a/k/a Su Ming,<br>　　　a/k/a Alan Zheng;<br>ZHI EN HUANG,<br>　　　a/k/a Gao Lo;<br>DAVID YUEN,<br>　　　a/k/a Lo Wu,<br>　　　a/k/a Wu So Gor; and<br>ERIC YU HENG CAI<br><br>　　　Defendants. | No: 3-06-70479 MAG<br><br>[~~PROPOSED~~] ORDER AND STIPULATION FOR CONTINUANCE FROM JANUARY 21, 22 2008 TO FEBRUARY 12, 2008 AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A) AND WAIVING TIME LIMITS UNDER RULE 5.1 |

With the agreement of the parties, and with the consent of the defendants, the Court enters this order scheduling a status conference on February 12, 2008 at 9:30 a.m. before the duty magistrate judge and documenting the defendants' waiver of the preliminary hearing date under Federal Rule of Criminal Procedure 5.1 and the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(ii) and (iv), from January 22, 2008 to and through February 12, 2008. The parties agree, and the Court finds

and holds, as follows:

1. The case is very complex and involves international transactions and shipments, foreign banks and complex monetary transactions, extensive wiretap evidence and conversations in different Chinese language dialects. There are multiple defendants and discovery is voluminous. All defense counsel involved are in need of additional time to prepare the case. Furthermore, the government and defense counsel are actively involved in negotiating the final terms of a global settlement that will resolve all pending charges and forfeiture claims involving all defendants before the court and additional time is necessary to seek approval of the proposed plea and forfeiture agreements with the government.

2. All defendants agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(ii) on the basis of complexity and (iv) continuity of counsel for effective preparation taking into account the exercise of due diligence.

3. The defendants waive the time limits of Federal Rule of Criminal Procedure 5.1 for preliminary hearing.

4. Accordingly, and with the consent of all parties, the Court (1) alternatively sets a preliminary hearing before the duty magistrate judge on February 12, 2008 at 9:30 a.m. and (2) orders that the period from January 22, 2008 to and through February 12, 2008 be excluded from the time period for preliminary hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial Act calculations under 18 U.S.C. § 3161(b).

IT IS SO STIPULATED:

DATED: January 18, 2008        /s/   Garrick Lew
                               GARRICK LEW
                               Attorney for Defendant Johnson Mai

DATED: January 18, 2008        /s/   Gil Eisenberg
                               GIL EISENBERG
                               Attorney for Defendant Kai Lun Zheng

DATED: January 18, 2008        /s/   Brian Getz
                               BRIAN GETZ
                               Attorney for Zhi En Huang

| | | |
|---|---|---|
| 1 | DATED: January 18, 2008 | /s/   Stuart Hanlon |
| 2 | | STUART HANLON<br>Attorney for David Yuen |
| 3 | DATED: January 18, 2008 | /s/   Randy Montesano |
| 4 | | RANDY MONTESANO<br>Attorney for Eric Cai |
| 5 | | |
| 6 | DATED: January 18, 2008 | /s/   Alice Wong<br>ALICE WONG |
| 7 | | Attorney for Lisa Lee |
| 8 | DATED: January 18, 2008 | /s/   Thomas Mazzucco |
| 9 | | THOMAS MAZZUCCO<br>Assistant United States Attorney |

IT IS SO ORDERED.

DATED: Jan 18, 2008

United States Magistrate Judge

Stipulation and Proposed Order for Continuance
[3-06-70479] [MAG]