AO 257 (Rev. 6/78)

**FILED**
APR 24 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 1957 - Engaging In A Monetary Transaction In Property Derived From Specified Unlawful Activity

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**E-filing**

PENALTY: Count 1 - 10 years imprisonment, $500,000.00 fine, supervised release for a 3-year term, $100.00 special assessment.

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**
SAN FRANCISCO DIVISION

**DEFENDANT - U.S**
▶ Lisa LEE

MMC

DISTRICT COURT NUMBER
**CR 08 0270**

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
3-06-70479 MAG

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   THOMAS P. MAZZUCCO

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)
NDCA

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year 08/10/2006
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  
4
5
6              **E-filing**
7
8           UNITED STATES DISTRICT COURT
9          NORTHERN DISTRICT OF CALIFORNIA
10              SAN FRANCISCO DIVISION             
11
12 | UNITED STATES OF AMERICA,        )   CR N 08     0270
13 |        Plaintiff,                )   VIOLATION: 18 U.S.C. § 1957 - Engaging
                                      )   In A Monetary Transaction In Property
14 |    v.                            )   Derived From Specified Unlawful Activity
                                      )
15 |                                  )   SAN FRANCISCO VENUE
                                      )
16 | LISA LEE,                        )
                                      )
17 |                                  )
   |        Defendant.                )
18 |                                  )
                                      )
19 |_____)

20                 **I N F O R M A T I O N**

21 The United States Attorney charges:

22

23     On or about December 5, 2003, in the Northern District of California, the defendant,

24                              LISA LEE,

25 did knowingly engage and attempt to engage in a monetary transaction by, through, or to a

26 financial institution, in and affecting interstate and foreign commerce, in criminally derived

27 property of a value greater than $10,000, that is, withdrawing funds in the amount of $300,000

28 from a HSBC bank account in Hong Kong and depositing said funds into a Bank of America

1  account located in Oakland, California, such property having been derived from a specified
2  unlawful activity, that is, conspiracy to possess with intent to distribute and to distribute 3, 4
3  Methylenedioxymethamphetamine (MDMA), in violation of Title 18, United States Code,
4  Section 1957.

8  DATED: 4-24-08

JOSEPH P. RUSSONIELLO
United States Attorney

_____
BRIAN J. STRETCH
Chief, Criminal Division

(Approved as to form: _____ )
AUSA T. MAZZUCCO

INFORMATION                              2