O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

FILED
2008 APR 30 PM 2:02

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA

Northern DISTRICT OF California

UNITED STATES OF AMERICA

V.

LISA LEE

WAIVER OF INDICTMENT

CASE NUMBER: CR 08-270 MMC

I, Lisa LEE, the above named defendant, who is accused of

18 U.S.C.§ 1957 - Engaging In A Monetary Transaction In Property Derived From Specified Unlawful Activity

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 4-30-08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Defendant

Counsel for Defendant

Before
Judicial Officer