**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-08-0270 MMC |
| Plaintiff, | **CLERK'S NOTICE** |
| v. | |
| LISA LEE, | |
| Defendant. | |

**YOU ARE NOTIFIED** that the Court has scheduled a STATUS/TRIAL SETTING CONFERENCE for **Wednesday, May 7, 2008 at 2:30 p.m.** before the Honorable Maxine M. Chesney.

Please report to Courtroom 7, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

**FOR THE COURT,**

Richard W. Wieking, Clerk

Dated: May 1, 2008

*Tracy Lucero*
Tracy Lucero, Deputy Clerk