UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: MAY [illegible]

Case No. CR-08-0270 MMC

JUDGE: **Maxine M. Chesney**

LISA LEE
DEFENDANT

Present (✓) Not Present ( ) In Custody ( )

Thomas Mazzucco
U.S. ATTORNEY

Alice Wong
ATTORNEY FOR DEFENDANT

Deputy Clerk: **TRACY LUCERO**

Reporter: James Yeomans

## PROCEEDINGS

REASON FOR HEARING  Initial Status/Trial Setting Conference

RESULT OF HEARING  Both sides request two week continuance.

Case continued to _____ for Further Status.
Case continued to _____ for Motions.
    (Motion due ____, Opposition due ____, Reply Due ____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ____ day(s))
Case continued to 5/21/08 @ 2:30 for Change of Plea

EXCLUDABLE DELAY (Category) _____ Begins _____ Ends _____

(5 min)