UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

E-filing

Date: MAY 21 2008

Case No. CR-08-0270 MMC

JUDGE: **Maxine M. Chesney**

LISA LEE
DEFENDANT

Present (✓) Not Present ( ) In Custody ( )

Thomas Mazzucco
U.S. ATTORNEY

Alice Wong
ATTORNEY FOR DEFENDANT

Deputy Clerk: TRACY LUCERO

Reporter: Margo Gurule

**PROCEEDINGS**

REASON FOR HEARING    Status Conference

RESULT OF HEARING    Counsel request continuance to work on plea agreement.

Case continued to _____ for Further Status.
Case continued to _____ for Motions.
            (Motion due ____, Opposition due ____, Reply Due ____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ___ day(s)
Case continued to 6/18/08 @ 2:30 for Change of Plea

EXCLUDABLE DELAY (Category) Preparation/continuity of Counsel Begins MAY 21 2008 Ends 6/18/08

(5 min)