UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

<u>VAUGHN R WALKER</u>
United States District Chief Judge

Date:   <u>August 14,  2008</u>

Case No.  <u>CR 08-0270   VRW</u>

Case Title:   <u>USA v.    LISA LEE   (NO CUSTODY) PRESENT</u>

Attorneys:
    For the Government:   <u>Thomas Mazzucco</u>

    For the Defendant(s):   <u>Garrick Lew for Alice Wong</u>

Deputy Clerk:  <u>Cora Klein</u>     Reporter: <u>Belle Ball</u>
Cantonese Interprtr: Kenny Fung

**PROCEEDINGS**

1)   <u>Defendant did not enter change of plea.</u>

2)   <u>The court set a trial date.  If change of plea not entered, the case will go to trial.</u>

**SCHEDULE:**

Case specially set for change of plea as to LISA LEE on September 11, 2008 at 10:00 A.M.

Case Continued to:     <u>11/13/2008  at 2:00  PM</u>     For Pretrial Conference

TRIAL :  <u>12/8/2008 at 8:30 A.M.</u>