ALICE W. WONG (SBN 160141)
Law Offices of Jerry L. Chong & Alice W. Wong
501 S Street, Suite Two
Sacramento, CA 95811
Telephone: (916) 443-7398
Fax: (916) 443-8941
awong@jcawlaw.com

Attorney for Defendant
LISA LEE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>LISA LEE,<br><br>            Defendant. | 08-0270 VRW<br>Case No.  CR-~~3-06-70479 EMC~~<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER TO MODIFY PRETRIAL<br>ORDER SETTING CONDITIONS OF<br>RELEASE AND APPEARANCE |

On August 17, 2006, this Court released defendant Lisa Lee from custody subject to conditions of release and appearance bond.  Defendant was released on $500,000 bond, secured by property located at 1104 East 20th Street, Oakland, CA  94606, which was later substituted by property located at 92 Tucker Avenue, San Francisco, California 94134.

Since August 17, 2006, defendant Lisa Lee has complied with all terms of the Court's Order setting conditions of release and appearance bond.  Ms. Lee's sentencing date is April 9, 2009 before the Honorable Vaughn R Walker.  Defendant's Plea Agreement pursuant to Rule 11(c)(1) (C) recommends a sentence that does not involve imprisonment.

1

On January 12, 2009, Pretrial Services Officer Josh Libby recommended the release of defendant Lisa Lee on her personal recognizance.

IT IS HEREBY STIPULATED by and between the United States of America and defendant Lisa Lee, through undersigned counsel, that the defendant's pretrial release be modified as follows:

1. The $500,000.00 bond is reduced to $150,000.00.
2. Real property located at 92 Tucker Avenue, San Francisco, California 94134, securing the $500,000 bond is exonerated.
3. Defendant remain on pretrial release pursuant to a Personal Recognizance bond in the amount of $150,000.00

Dated: February 4, 2009     /s/ Alice Wong
                            _____
                            Alice Wong
                            Attorney for Lisa Lee

Dated: February 5, 2009     /s/ Aaron Wegner
_____      _____
                            Aaron Wegner
                            Assistant United States Attorney

IT IS HEREBY ORDERED:

Upon the stipulation of counsel, recommendation of Pretrial Services Officer Josh Libby, and good cause appearing, defendant's pretrial release is modified as follows:

1. The $500,000.00 bond is reduced to $150,000.00.
2. Real property located at 92 Tucker Avenue, San Francisco, California 94134, securing the $500,000 bond is exonerated.
3. Defendant remain on pretrial release pursuant to a Personal Recognizance bond in the amount of $150,000.00

All other terms and conditions remain.

Dated: February 10, 2009

_____
JOSEPH C. SPERO
United States Magistrate Judge

3