1  ALICE W. WONG (SBN 160141)
   Law Offices of Jerry L. Chong & Alice W. Wong
2  501 S Street, Suite Two
   Sacramento, CA 95811
3  Telephone: (916) 443-7398
   Fax: (916) 443-8941
4  awong@jcawlaw.com

5  Attorney for Defendant
   LISA LEE
6

7                       UNITED STATES DISTRICT COURT

8                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 08-0270 VRW |
| ) Plaintiff, ) | Case No.  CR-3~~-06-70479~~-~~EMC~~C |
| ) | |
| vs. ) | STIPULATION AND [~~PROPOSED~~] |
| ) | EXONERATING PROPERTY BOND |
| ) | ON DEPOSIT WITH THE COURT FOR |
| LISA LEE, ) | PROPERTY LOCATED AT |
| ) | 92 Tucker Avenue, San Francisco, |
| ) | California 94134 |
| Defendant. ) | |

   Defendant LISA LEE requested and the Court granted Defendant be released on a

Personal Recognizance bond.  The parties hereby stipulate, through their respective counsel,

that the property bond, secured by 92 Tucker Avenue, San Francisco, California 94134, may be

exonerated at this time.

   The parties request that the court approve the attached order requiring the Clerk of the

court to execute the Reconveyance releasing the Short form deed of trust and assignment of

rents in favor of RICHARD WIEKING, Clerk of the United States District Court for the real

property located at 92 Tucker Avenue, San Francisco, California 94134, executed by WEI

SHENG CHEN and TINA SHAO XIN ZHENG, trustors.  The short form deed of trust and

1

assignment of rents, attached as Exhibit A, was recorded in San Francisco County on March 6, 2007, instrument no. 2007-I348321-00.

Dated: February 4, 2009      /s/ Alice Wong

Alice Wong
Attorney for Lisa Lee

Dated: February 5, 2009      /s/ Aaron Wegner

_____

Aaron Wegner
Assistant United States Attorney

ORDER

Based upon the above stipulation of the parties, good cause appearing,

**IT IS HEREBY ORDERED** that the above described property be exonerated as surety for bail in the instant action.

**IT IS FURTHER ORDERED** that defense counsel Alice W. Wong prepare a Reconveyance of the Deed of Trust form for the property to be exonerated. Upon receipt of the instant order and the Reconveyance of the Deed of Trust for the property, the Clerk of the United States District Court, as Trustee under the deed of trust shall reconvey the described property to WEI SHENG CHEN and TINA SHAO XIN ZHENG who originally pledged said property as bail. The Clerk of the Court shall then send the Reconveyance of Deed of Trust with each Original Deed of Trust on the property;

    92 Tucker Avenue, San Francisco, California 94134

to Alice W. Wong Esq., 501 S Street, Suite Two, Sacramento, CA 95811, for recording of the Reconveyance in the appropriate county.

DATED: 02/10/09      _____

United States Magistrate Judge
Judge Joseph C. Spero

2

<u>RECONVEYANCE</u>

RICHARD WIEKING, Clerk of the United States District Court for the Northern District of California, as Trustee, under the Deed of Trust executed by Chiu Hung Tam and Lai Kuen Wong Tam, as Trustors, recorded on March 6, 2007, in No. 2007-I348321-00 Official Records, County of San Francisco, California, having been requested in writing by the holder of the obligation(s) secured by said Deed of Trust, to reconvey the estate granted to the Trustee under said Deed of Trust, **DOES HEREBY RECONVEY** to the person(s) legally entitled thereto, without warranty, all the estate, title, and interest acquired by the Trustee under said Deed of Trust.

Property commonly known as 92 Tucker Avenue, San Francisco, California 94134

DATED:_____

_____
By: RICHARD WIEKING
Clerk of the U.S. District Court
Northern District of California

State of California         )
                            ) ss.
County of San Francisco     )

On this ____ day of _____, in the year _____, before me, the undersigned, a Notary Public in and for said State, personally appeared **RICHARD WIEKING, Clerk of the United States District Court for the Northern District of California**, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument, and acknowledged to me that he executed it.

WITNESS my hand and official seal.

_____
Notary Public in and for said State
My commission expires _____

3

Case 3:08-cv-02770-VRW Document 146 Filed 02/19/2009 Page 4 of 7

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26               EXHIBIT A
27
28

Recorded at the request of:

JERRY CHONG (SBN 68757)
and ALICE WONG (SBN 160143)
501 S Street, Suite Two
Sacramento, CA 95814
Telephone: (916) 443-7398

WHEN RECORDED MAIL TO:

RICHARD WIEKING
Clerk, United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102
U.S. v. LISA LEE
CASE NO: CR 03-06-70479 EMC

San Francisco Assessor-Recorder
Phil Ting, Assessor-Recorder
DOC- 2007-I348321-00
Tuesday, MAR 06, 2007 08:17:00
Ttl Pd $22.00    Nbr-0003187821
REEL J341    IMAGE 0258
                      oar/RB/2-3

2-3

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## DEED OF TRUST WITH ASSIGNMENT OF RENTS
(SHORT FORM)

This DEED OF TRUST, made this 22nd day of January, 2007, between WEI SHENG CHEN and TINA SHAO XIN ZHENG, Husband and Wife, as Joint Tenants, herein called TRUSTOR, whose address is 92 Tucker Avenue, San Francisco, California, 94134

RICHARD WIEKING, CLERK, UNITED STATES DISTRICT COURT, herein called TRUSTEE, and UNITED STATES DISTRICT COURT, herein called BENEFICIARY,

WITNESSETH: That Trustor grants to Trustee in trust, with power of sale, that property in the County of San Francisco, State of California, described as:

**SEE LEGAL DESCRIPTION OF PROPERTY ATTACHED AS EXHIBIT A**

APN: 6200-032

The property is commonly known as described as 92 Tucker Avenue, San Francisco, California 94134

Interest in property is being used as additional security for bail in United States v. Lisa Lee, No. CR 03-06-70479 EMC, United States District Court, Northern District of California.

together with the rents, issues and profits thereof, subject, however, to the right, power and authority hereinafter given to and conferred upon Beneficiary to collect and apply such rents, issues and profits for the purpose of securing (1) payment of the sum of $500,000 with interest thereon according to the terms of a promissory note or notes of even date herewith made by Trustor, payable to order of Beneficiary, and extensions or renewals thereof, (2) the performance of each agreement of Trustor incorporated by reference or contained herein and (3) payment of additional sums and interest thereon which may hereafter be loaned to Trustor, or his successors or assigns, when evidenced by a promissory note or notes reciting that they are secured by this Deed of Trust.

To protect the security of this Deed of Trust, and with respect to the property above described, Trustor expressly make each and all of the agreements, and adopts and agrees to perform and be bound by each and all of the terms and provisions set forth in subdivision A, and it is mutually agreed that each and all of the terms and provisions set forth in subdivision B of the fictitious deed of trust recorded in Orange County August 17, 1964, and in all other counties August 18, 1964, in the book and at the page of Official Records in the office of the county recorder of the county where said property is located, noted below opposite the name of such county, namely:

| COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Alameda | 1288 | 556 | Kings | 858 | 713 | Placer | 1028 | 379 | Sierra | 38 | 187 |
| Alpine | 3 | 130-31 | Lake | 437 | 110 | Plumas | 166 | 1307 | Siskiyou | 506 | 762 |
| Amador | 133 | 438 | Lassen | 192 | 367 | Riverside | 3778 | 347 | Solano | 1287 | 621 |
| Butte | 1330 | 513 | Los Angeles | T-3878 | 874 | Sacramento | 5039 | 124 | Sonoma | 2067 | 427 |
| Calaveras | 185 | 338 | Madera | 911 | 136 | San Benito | 300 | 405 | Stanislaus | 1970 | 56 |

**(CONTINUED ON NEXT PAGE)**

1158 (1/94)
Page 1 of 4

*Description: San Francisco, CA Document-Year.DocID 2007.348321 Page: 1 of 3*
*Order: bb Comment:*

| Colusa | 323 | 391 | Marin | 1849 | 122 | San Bernardino | 6213 | 768 | Sutter | 665 | 585 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Contra Costa | 4684 | 1 | Mariposa | 90 | 453 | San Francisco | A-804 | 596 | Tehama | 437 | 183 |
| Del Norte | 101 | 549 | Mendocino | 667 | 99 | San Joaquin | 2855 | 283 | Trinity | 108 | 595 |
| El Dorado | 704 | 635 | Merced | 1660 | 753 | San Luis Obispo | 1311 | 137 | Tulare | 2630 | 108 |
| Fresno | 5062 | 623 | Modoc | 191 | 80 | San Mateo | 4778 | 175 | Tuolumne | 177 | 160 |
| Glenn | 469 | 76 | Mono | 69 | 302 | Santa Barbara | 2065 | 481 | Ventura | 2607 | 237 |
| Humboldt | 601 | 83 | Monterey | 357 | 239 | Santa Clara | 6626 | 664 | Yolo | 769 | 16 |
| Imperial | 1169 | 701 | Napa | 704 | 742 | Santa Cruz | 1638 | 607 | Yuba | 398 | 693 |
| Inyo | 165 | 672 | Nevada | 363 | 94 | Shasta | 800 | 633 | | | |
| Kern | 3756 | 690 | Orange | 7182 | 18 | San Diego | SERIES 5 Book 1984, Page 149774 | | | | |

shall inure to and bind the parties hereto, with respect to the property above described. Said agreements, terms and provisions contained in said subdivisions A and B, (identical in all counties, and printed on pages 3 and 4 hereof) are by the within reference thereto, incorporated herein and made a part of this Deed of Trust for all purposes as fully as if set forth at length herein, and Beneficiary may charge for a statement regarding the obligation secured hereby, provided the charge therefor does not exceed the maximum allowed by law.

The undersigned Trustor(s), requests that a copy of any notice of default and any notice of sale hereunder be mailed to him at his address hereinbefore set forth.

Dated 1/24/07

Signature of Trustor

WEI SHENG CHEN

TINA SHAO XIN ZHENG

STATE OF CALIFORNIA
COUNTY OF SAN FRANCISCO

On JANUARY 24, 2007 before me,
BELKIS PINEDA - PUBLIC NOTARY, personally appeared
WEI SHENG CHEN and TINA SHAO XIA ZHENG
personally known to me ( or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature Belkis Pineda

(Seal)

BELKIS PINEDA
Commission # 1582756
Notary Public - California
San Mateo County
My Comm. Expires May 27, 2009

**(CONTINUED ON NEXT PAGE)**

1158 (1/94)
Page 2 of 4

*Description: San Francisco,CA Document-Year.DocID 2007.348321 Page: 2 of 3*
*Order: bb Comment:*

## LEGAL DESCRIPTION

### EXHIBIT A

The land referred to is situated in the State of California, City and County of San Francisco, and is described as follows:

BEGINNING at a point on the northeasterly line of Tucker Avenue, distant thereon 50 feet southeasterly from the southeasterly line of Rutland Street, running thence southeasterly along said line of Tucker Avenue 25 feet; thence at a right angle northeasterly 75 feet; thence at a right angle northwesterly 25 feet; thence at a right angle southwesterly 75 feet to the point of beginning, being a portion of Lot No. 3. in Block No. 55, REIS TRACT

With the address of 92 TUCKER AVE, SAN FRANCISCO, CA 94134-2243 and parcel number of 6200-032           together with all rights, easements, appurtenances, royalties, mineral rights, oil and gas rights, all water and riparian rights, ditches, and water stock and all existing and future improvements, structures, fixtures, and replacements that may now, or at any time in the future, be part of the real estate described above.

APN: 6200-032