JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

AARON D. WEGNER (ORBN 035354)
Assistant United States Attorney

450 Golden Gate Ave., Box 36055
San Francisco, California 94102
Telephone: (415) 436-7200
Fax: (415) 436-7234
E-Mail: aaron.wegner@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-08-0270 VRW |
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF SENTENCING HEARING |
| v. | ) ) | |
| LISA LEE, | ) ) | Date: April 23, 2009 Time: 2:00 P.M. |
| Defendant. | ) ) | |

Plaintiff, the United States of America, by its attorneys, JOSEPH P. RUSSONIELLO, United States Attorney for the Northern District of California and AARON D. WEGNER, Assistant United States Attorney, respectfully moves the Court for a two-week continuance of the sentencing hearing presently scheduled for April 9, 2009 at 2:00 p.m., in the above-captioned case, for the reason that the government's counsel will be out of jurisdiction at that time.

///

///

///

STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF SENTENCING HEARING
CR-08-0270-VRW                                    1

The present request for a continuance is made in good faith and not for the purpose of delay. Additionally, defense counsel and the probation officer have no objection to continuing the sentencing hearing to April 23, 2009, at 2:00 p.m.

SO STIPULATED:

Dated: March 2, 2009          /s/
ALICE WONG
Attorney for Lisa Lee

Dated: March 2, 2009          /s/
AARON D. WEGNER
Assistant United States Attorney

ORDER

Based on the stipulation of the parties and the facts set forth herein, good cause appearing,

IT IS HEREBY ORDERED that defendant's sentencing hearing scheduled for April 9, 2009 is vacated and sentencing is continued to 2:00 p.m. on April 23, 2009.

Dated: March 4, 2009

_____
VAUGHN R. WALKER
Chief United States District Court Judge

IT IS SO ORDERED
Judge Vaughn R Walker

STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF SENTENCING HEARING
CR-08-0270-VRW      2