ALICE WONG (State Bar No. 160141)
501 S Street, Suite Two
Sacramento, CA 95811
Telephone: (916) 443-7398
Fax: (916) 443-8941
awong@jcawlaw.com

Attorney for Defendant
Lisa Lee

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>LISA LEE,<br><br>　　　　　　Defendant. | CR 08-0270 VRW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF SENTENCING HEARING** |

　　　The United States, through its counsel Aaron D. Wegner, and defendant Lisa Lee, through her counsel Alice Wong, hereby agree and stipulate to a continuance of the sentencing hearing in this case presently scheduled for April 24, 2009 to Thursday, May 28, 2009 at 2:00 p.m. before this Court. Defendant needs to attend to family matters and make funeral arrangements due to the death of her father this morning. I telephoned Probation officer Anne Searles, who is out of the office today, and left a message regarding the proposed continuance and date.

　　　SO STIPULATED.

1

|   |   |   |
|---|---|---|
| 1 |   | /s/ |
| 2 | Dated: April 17, 2009 | ALICE WONG Attorney for Lisa Lee |

Dated: April 17, 2009            /s/
                                 Aaron D. Wegner
                                 Assistant United States Attorney

ORDER

Based on the stipulation of the parties and the facts set forth herein, good cause appearing,

IT IS HEREBY ORDERED that defendant's sentencing hearing scheduled for April 24, 2009 is vacated and sentencing is continued to 2 p.m. on May 28, 2009.

DATED: April 17, 2009

Vaughn R. Walker
United States District Judge

IT IS SO ORDERED
Judge Vaughn R Walker

Stipulation & Order for Continuance
of Sentencing Hearing